IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JERROLD DOLINS, on behalf of himself, and all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>CONTINENTAL CASUALTY COMPANY; CONTINENTAL ASSURANCE COMPANY; CNA FINANCIAL CORPORATION; INVESTMENT COMMITTEE OF THE CNA 401(k) PLUS PLAN; NORTHERN TRUST COMPANY; and DOES 1 through 10,<br><br>        Defendants. | Case No. 1:16-cv-08898<br><br>Honorable Gary Feinerman<br><br>Magistrate Judge Maria Valdez |

## JOINT NOTICE OF SETTLEMENT

      Plaintiff Jerrold Dolins and Defendants Continental Casualty Company, Continental Assurance Company, CNA Financial Corporation, the Investment Committee of the CAN 401(K) Plus Plan, and Northern Trust Company hereby notify the Court that the parties have reached an agreement to settle the above-captioned matter. The parties currently anticipate that Plaintiff will be in a position to file a motion for preliminary approval of the settlement within approximately sixty (60) days.

DATED: January 26, 2018

Respectfully submitted,

CONTINENTAL CASUALTY COMPANY;
CONTINENTAL ASSURANCE COMPANY;
CNA FINANCIAL CORPORATION;
INVESTMENT COMMITTEE OF THE CNA
401(k) PLUS PLAN; and NORTHERN
TRUST COMPANY

By:  /s/ Sam Schwartz-Fenwick

Ian H. Morrison (imorrison@seyfarth.com)
Ronald Kramer (rkramer@seyfarth.com)
Sam Schwartz-Fenwick
(sswchwartzfenwick@seyfarth.com)
Shannon M. Callahan
(scallahan@seyfarth.com)
SEYFARTH SHAW LLP
233 South Dearborn Street, Suite 8000
Chicago, Illinois 60606-6448
Phone: (312) 460-5000
Fax: (312) 460-7000

Respectfully submitted,

JERROLD DOLINS

By:  /s/ Alison Gaffney

Jeffrey Lewis (jlewis@kellerrohrback.com)
KELLER ROHRBACK L.L.P.
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 463-3900

Erin M. Riley
(eriley@kellerrohrback.com)
Alison S. Gaffney
(agaffney@kellerrohrback.com)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
(206) 623-1900

Lawrence S. Goodman
(lsgoodman@lgclaw.com)
Susan Hope Booker
(shbooker@lgclaw.com)
LEVUN, GOODMAN & COHEN, LLP
500 Skokie Boulevard, Suite 650
Northbrook, IL 60062
(847) 509-7700