UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JERROLD DOLINS, on behalf of himself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY; CONTINENTAL ASSURANCE COMPANY; CNA FINANCIAL CORPORATION; INVESTMENT COMMITTEE OF THE CNA 401(k) PLUS PLAN; NORTHERN TRUST COMPANY; AND DOES 1 through 10,<br><br>Defendants. | CASE NO. 1:16-cv-08898<br><br>Honorable Gary Feinerman |

**PLAINTIFF'S UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT**

Plaintiff, Jerrold Dolins, by and through his attorneys, respectfully moves the Court for an Order: (1) preliminarily approving the Class Action Settlement Agreement ("Settlement" or "Settlement Agreement") between the Parties; (2) preliminarily certifying the proposed Settlement Class pursuant to Federal Rules of Civil Procedure 23(b)(1); (3) approving the form and method of Notice to the Class Notice; and (4) setting a date and time for a hearing (the "Fairness Hearing") for consideration of final approval of the Settlement, payment of attorneys' fees and expenses, and payment of a potential Incentive Award to the proposed Class Representative.

This motion will be based on the accompanying Memorandum of Points and Authorities, and the Settlement Agreement, proposed order, and Declaration of Jeffrey Lewis and Lawrence

Goodman and exhibits thereto, all of which are filed herewith, and on all of the files and records in this case.

DATED this 5th day of June, 2018.

KELLER ROHRBACK L.L.P.

By: /s/ Jeffrey Lewis
Jeffrey Lewis

300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Phone: (510) 463-3900 / Fax: (510) 463-3901
Email: jlewis@kellerrohrback.com

By: /s/ Erin M. Riley
Erin M. Riley
Alison S. Gaffney
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Phone: (206) 623-1900 / Fax: (206) 623-3384
Email: eriley@kellerrohrback.com
 agaffney@kellerrohrback.com

LEVUN GOODMAN & COHEN, LLP

By: /s/ Lawrence S. Goodman
Lawrence S. Goodman
Susan Hope Booker
500 Skokie Blvd., Suite 650
Northbrook, IL 60062
Phone: (847) 509-7700 / Fax: (847) 849-5686
Email: lsgoodman@lgclaw.com
 shbooker@lgclaw.com

## **CERTIFICATE OF SERVICE**

I, Jeffrey Lewis, an attorney, do hereby certify that I have caused a true and correct copy of the foregoing PLAINITFF'S UNNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT, MEMORANDUM IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT, and JOINT DECLARATION OF JEFFREY LEWIS AND LAWRENCE GOODMAN IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT to be served through the Court's electronic case filing system on this June 5, 2018.

Ian H. Morrison
Ronald J. Kramer
Sam Schwartz-Fenwick
Shannon M. Callahan
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, IL 60603
imorrison@seyfarth.com
rkramer@seyfarth.com
sschwartz-fenwick@seyfarth.com
scallahan@seyfarth.com

***Counsel for Defendants Continental Casualty Company; CNA Financial Corporation; Investment Committee of the CNA 401(K) Plus Plan; and Northern Trust Company***

Edwin G. Schallert
Ryan Kocse
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
egschallert@debevoise.com
rmkocse@debevoise.com

Stephen Novack
Donald A. Tarkington
NOVACK and MACEY LLP
100 Riverside Plaza
Chicago, IL 60606
snovack@novackmacey.com
dtarkington@novackmacey.com
msinger@novackmacey.com

***Counsel for Continental Assurance Company***

*/s/ Jeffrey Lewis*

3