UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JERROLD DOLINS, on behalf of himself, and all others similarly situated, | **CASE NO. 1:16-cv-08898** |
| Plaintiff, | **Honorable Gary Feinerman** |
| v. | |
| CONTINENTAL CASUALTY COMPANY; CONTINENTAL ASSURANCE COMPANY; CNA FINANCIAL CORPORATION; INVESTMENT COMMITTEE OF THE CNA 401(k) PLUS PLAN; NORTHERN TRUST COMPANY; AND DOES 1 through 10, | |
| Defendants. | |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**

Plaintiff ("Named Plaintiff"), by and through his attorneys, respectfully moves the Court for an Order: (1) granting final approval of the Class Action Settlement Agreement ("Settlement" or "Settlement Agreement") described herein and preliminarily approved by the Court on June 7, 2018 (Dkt. # 119);[1] and (2) granting final certification of the proposed Settlement Class pursuant to Federal Rule of Civil Procedure 23(b)(1) and/or 23(b)(2).[2] Defendants do not oppose the relief sought herein.

For the reasons set forth in the accompanying Memorandum in Support of Plaintiff's Unopposed Motion for Final Approval of Settlement Agreement and Certification of Settlement Class, and based on the accompanying Joint Declaration of Jeffrey Lewis and Lawrence S. Goodman in Support of (1) Plaintiff's Unopposed Motion for Final Approval of

---

[1] A true copy of the Settlement Agreement is attached to the Memorandum in Support of Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement and Certification of Settlement Class as Exhibit A. All references to "Exhibit" or "Ex." are to the exhibits attached to that Memorandum.

[2] Plaintiff files the instant Motion contemporaneously with their Motion for Award of Attorneys' Fees and Expenses, and Incentive Award to the Named Plaintiff.

Class Action Settlement and Certification of Settlement Class; and (2) Plaintiff's Unopposed Motion for Award of Attorneys' Fees and Reimbursement of Expenses, and for Incentive Award to Named Plaintiff, and on all the files and records in this action, Plaintiff respectfully requests that the Court GRANT this motion and enter the Proposed Order, lodged by e-mail pursuant to this Court's procedures, concluding this case.

DATED this 6th day of August, 2018.

KELLER ROHRBACK L.L.P.

By: */s/ Jeffrey Lewis*
Jeffrey Lewis

300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Phone: (510) 463-3900 / Fax: (510) 463-3901
Email: jlewis@kellerrohrback.com

By: */s/ Erin M. Riley*
Erin M. Riley
Alison S. Gaffney
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Phone: (206) 623-1900 / Fax: (206) 623-3384
Email: eriley@kellerrohrback.com
    agaffney@kellerrohrback.com

LEVUN GOODMAN & COHEN, LLP

By: */s/ Lawrence S. Goodman*
Lawrence S. Goodman
Susan Hope Booker
500 Skokie Blvd., Suite 650
Northbrook, IL 60062
Phone: (847) 509-7700 / Fax: (847) 849-5686
Email: lsgoodman@lgclaw.com
    shbooker@lgclaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 6, 2018, I electronically filed the above with the Clerk of the Court using the CM/ECF system, which in turn sent notice to all counsel of record.

Dated: August 6, 2018                          */s/ Jeffrey Lewis*
                                                                           Jeffrey Lewis