**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JERROLD DOLINS, on behalf of himself, and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY; CONTINENTAL ASSURANCE COMPANY; CNA FINANCIAL CORPORATION; INVESTMENT COMMITTEE OF THE CNA 401(k) PLUS PLAN; NORTHERN TRUST COMPANY; AND DOES 1 through 10,<br><br>        Defendants. | **CASE NO. 1:16-cv-08898**<br><br>**Honorable Gary Feinerman** |

**PLAINTIFF'S UNOPPOSED MOTION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES, AND FOR INCENTIVE AWARD TO NAMED PLAINTIFF**

Plaintiff Jerrold Dolins ("Named Plaintiff"), by and through his attorneys, respectfully move the Court for an Order: (1) approving awards of attorneys' fees and expenses to his attorneys Keller Rohrback L.L.P. and Levun Goodman & Cohen, LLP ("Class Counsel") and for settlement administration; and (2) granting an incentive awards to himself, as class representative.[1] Defendants do not oppose the relief sought herein. For the reasons set forth in the accompanying Memorandum, and based on the accompanying Joint Declaration of Jeffrey Lewis and Lawrence S. Goodman in Support of (1) Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement and Certification of Settlement Class; and (2) Plaintiff's Unopposed Motion for Award of Attorneys' Fees and Reimbursement of Expenses, and for Incentive Award to Named Plaintiff; Declaration of Eric Kierkegaard Regarding Notice and Settlement Administration; Declaration of Jerrold Dolins; and all of the files and records in this action,

---

[1] Plaintiffs file the instant Motion contemporaneously with their Unopposed Motion for Final Approval of Settlement Agreement and Certification of Settlement Class.

1

Plaintiff asks that the Court grant this motion and approve the award out of the proceeds of (1) attorneys' fees in the amount of $5 million less expenses and Incentive Award, (2) attorneys' fees and expenses to Plaintiff's Counsel and the Settlement Administrator, and (3) an Incentive Award of $10,000.00 to Named Plaintiff.

DATED this 6th day of August, 2018.

KELLER ROHRBACK L.L.P.

By: */s/ Jeffrey Lewis*
Jeffrey Lewis

300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Phone: (510) 463-3900 / Fax: (510) 463-3901
Email: jlewis@kellerrohrback.com

By: */s/ Erin M. Riley*
Erin M. Riley
Alison S. Gaffney
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Phone: (206) 623-1900 / Fax: (206) 623-3384
Email: eriley@kellerrohrback.com
         agaffney@kellerrohrback.com

LEVUN GOODMAN & COHEN, LLP

By: */s/ Lawrence S. Goodman*
Lawrence S. Goodman
Susan Hope Booker
500 Skokie Blvd., Suite 650
Northbrook, IL 60062
Phone: (847) 509-7700 / Fax: (847) 849-5686
Email: lsgoodman@lgclaw.com
         shbooker@lgclaw.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2018, I electronically filed the above with the Clerk of the Court using the CM/ECF system, which in turn sent notice to all counsel of record.

Dated: August 6, 2018                               */s/ Jeffrey Lewis*
                                                                    Jeffrey Lewis